

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,895-01

### EX PARTE CHRISTOPHER ALLEN LANKFORD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR20055-A IN THE 35TH DISTRICT COURT FROM BROWN COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to assault with family violence, and originally received deferred adjudication community supervision. His guilt was later adjudicated and he was sentenced to five years' imprisonment.

Applicant filed this application in the district court, listing the cause number for this assault conviction on the application form. However, it is clear from his responses to items on the application form and from the facts he provides in support of his grounds for review that Applicant is trying to challenge a different conviction and sentence.

Because Applicant's grounds for review do not pertain to the conviction pursuant to which he filed this application, we deny relief. For the same reason, however, this application does not constitute a challenge to the merits of the conviction which would prevent Applicant from challenging the conviction in a properly-filed subsequent application.

Filed: November 9, 2016
Do not publish